# UNITED STATES DISTRICT COURT

**\*\*\*\***     DISTRICT OF   NEVADA

GAYLE SHIELDS,

    Plaintiff,        JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER:   2:16-cv-01014-MMD-NJK

CAROLYN COLVIN, Acting
Commissioner of Social Security,

    Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Magistrate Judge Nancy J. Koppe's Report and Recommendation (ECF No. 19) is accepted and adopted. Plaintiff's motion for reversal and remand (ECF No. 13) is denied and Defendant's cross-motion to affirm (ECF No. 16) is granted.

May 5, 2017                                         **DEBRA K. KEMPI**
                                                                               Clerk

                                                                               /s/ D. R. Morgan
                                                                                Deputy Clerk